

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00063-CV

Mary Baxter and Neil Chavigny, Appellants

v.

Presidio County, Texas, Appellee

On Appeal from the 394th District Court
Presidio County, Texas
Trial Court No. 8199

## JUDGMENT

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED this 3rd day of October 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.